In the Matter of the Claim of CARRIE PFLUGER, Respondent, against R. O. PROPER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. (See *Matter of Sienko* v. *Bopp & Morgenstern*, 248 N. Y. 40.)

In the Matter of the Claim of BENJAMIN LOZUNSKY, Respondent, against PACKARD MOTOR CAR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

JOSEPHINE D. SCHULTZE and Another, Respondents, v. HUDSON COUNTIES TITLE AND MORTGAGE COMPANY, Appellant.*— Order denying defendant's motion to dismiss complaint reversed, on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the alleged agreement is unenforcible because not in writing. (Real Prop. Law, § 259; *Palmer* v. *Rotary Realty Co.*, 178 App. Div. 907; *Riker* v. *Comfort*, 140 id. 117.) All concur, except Rhodes and Crapser, JJ., who dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER BLAGDEN, Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. McNamee, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY P. SACKETT, Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. McNamee, J., not sitting.

HARMON R. SPIRES, as Administrator, etc., of CLYDE SPIRES, Deceased, Respondent, v. RICHARD H. NICHOLS, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the deceased was guilty of contributory negligence as matter of law, and that the doctrine of last clear chance had no application. All concur. McNamee, J., not sitting.

RUSSELL ROBINSON, an Infant, by RALPH ROBINSON, Guardian ad Litem, Respondent, v. ELMER SMITH, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the plaintiff was guilty of contributory negligence as matter of law. All concur, except Hill, P. J., who dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVAN RICHMOND, Appellant.— The justices qualified to hear the appeal in the above-entitled action being equally divided the said appeal is sent to the Fourth Department to be there heard and determined, in accordance with section 618 of the Civil Practice Act.

In the Matter of Proceedings to Discover Property upon the Petition of EDWIN W. SANFORD, Executor, etc., of ELLEN MINCH, late of Albany, N. Y., Deceased, Respondent. HARRIET L. MINCH, Appellant.— Decree affirmed, with costs to the respondent payable out of the estate. All concur, except Hill, P. J., who dissents and votes to reverse. McNamee, J., not sitting.

* Affd., 262 N. Y. 649.